[Civ. No. 4938. Second Appellate District, Division Two.—March 7, 1925.]

EMMA HOOPES et al., Petitioners, v. THE SUPERIOR COURT OF LOS ANGELES COUNTY et al., Respondents.

[1] JUSTICE'S COURT—APPEAL—DELAY IN BRINGING TO TRIAL.—Peremptory writ of *mandamus* granted upon authority of *Hoopes* v. *Superior Court, ante,* p. 564.

PROCEEDING in Mandamus to compel the dismissal of a Justice's Court appeal. Peremptory writ granted.

The facts are stated in the opinion of the court.

Thos. H. Cornett for Petitioners.

Gerecht & Hall, E. F. Gerecht and C. W. Hall for Respondents.

CRAIG, J.—Petitioners herein were defendants in an action commenced in the justice's court of Los Angeles township by one Jay Smith. [1] Otherwise the record before us in this proceeding is the same in all respects as that presented in *Hoopes* v. *Superior Court, ante,* p. 564 [235 Pac. 739.]

The questions involved herein have been discussed and decided in the opinion filed in case numbered 4939 (*ante,* p. 564).

The peremptory writ of mandate is therefore granted, and the Superior Court is directed to dismiss the appeal.

Finlayson, P. J., and Works, J., concurred.